IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 3:94-CR-65-BO-12

| | |
|---|---|
| WILLIAM DAVID WILSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | ORDER |

This matter is before the Court on Petitioner's Motion for Jail Credit. Petitioner is currently incarcerated at FCI - Low in Petersburg, Virginia. The appropriate jurisdictional basis to challenge prior custody credit is through a petition for writ of habeas corpus under 28 U.S.C. § 2241. *Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000). Such a petition may only be maintained in the district where there is in personam jurisdiction over Petitioner's immediate custodian. *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004). Here, Petitioner's immediate custodian is the Warden of FCI - Low in the Eastern District of Virginia. Therefore, the Motion is hereby DISMISSED because this Court lacks jurisdiction.

SO ORDERED, this __6__ day of August, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE